UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANGIE LEE STINNETT | ) | |
|   and | ) | |
| SUSANNE MICHELLE STINNETT | ) | Case No. 16-7417-JMC-13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 17-50046 |
| | ) | |
| ANGIE LEE STINNETT | ) | |
|   and | ) | |
| SUSANNE MICHELLE STINNETT | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO DISMISS AS TO SUSANNE MICHELLE STINNETT

The United States of America, Social Security Administration ("SSA") respectfully requests that the Court dismiss this action as to defendant, Susanne Michelle Stinnett, and in support thereof states:

1. SSA filed its Complaint to Determine Dischargeability of Debt on January 25, 2017. (Docket No. 1.)

2. On March 23, 2017, SSA and co-defendant, Angie Lee Stinnett, filed an Agreed Consent to Judgment (Docket No. 5), which resolved this action as to Angie Lee Stinnett, and a Judgment to that effect was issued on March 28, 2017 (Docket No. 6).

3. SSA now wishes to dismiss this action as to Susanne Michelle Stinnett as well.

WHEREFORE, the United States of America, Social Security Administration, respectfully requests that the Court dismiss this action as to defendant, Susanne Michelle Stinnett.

    Respectfully submitted,

    JOSH J. MINKLER
    United States Attorney

By:    /s/ Kathryn E. Olivier
    Kathryn E. Olivier
    Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, and by first class mail. Parties may access this filing through the Court's system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Trustee
Ann M. DeLaney
ECFdelaney@trustee13.com

Robert B. Lynch
Lynch & Belch, P.C.
erin@lynchandbelch.com

Angie Lee Stinnett
Susanne Michelle Stinnett
4750 Bassett Drive
Indianapolis, IN 46235

By:　/s/ Kathryn E. Olivier
　　　Kathryn E. Olivier
　　　Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333
Fax: 317-226-5027